(85 South. 37)

## TILLERY v. JACKSON.  (6 Div. 578.)

(Court of Appeals of Alabama.  Jan. 20, 1920.)

Appeal and Error ⬳1126—Where no Errors Assigned and Appeal Incomplete, Judgment Affirmed on Motion.

Where judgment was rendered for plaintiff December 6, 1918, appeal was taken January 23, 1919, and no errors are assigned, and the appeal is otherwise incomplete, the judgment appealed from will be affirmed on motion.

Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge.

Action between J. T. Tillery and Sam F. Jackson. From judgment for the latter, the former appeals. Affirmed.

F. F. Windham, of Tuscaloosa, for appellant.

Foster, Verner & Rice, of Tuscaloosa, for appellee.

⬳For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

MERRITT, J. Judgment was rendered in favor of plaintiff on December 6, 1918, and on January 23, 1919, this appeal was taken. No errors are assigned and the appeal is otherwise incomplete. It is here submitted on motion to affirm. This motion seems to be well taken, and the judgment of the circuit court is affirmed.

Affirmed.